UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-6158

CHARLES JONES, a/k/a Nicholas Warner Jones,
a/k/a Jeffrey Victor Warner,

Plaintiff - Appellant,

versus

ARRIE W. DAVIS, Judge; ROBERT M. BELL, Chief
Judge; BALTIMORE CITY MUNICIPAL CORPORATION,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Richard D. Bennett, District Judge. (CA-
03-3526-RDB)

Submitted: March 25, 2004                Decided: April 2, 2004

Before TRAXLER, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Charles Jones, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Charles Jones appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Jones v. Davis</u>, No. CA-03-3526-RDB (D. Md. Dec. 17, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>